982

No. 83–9.   NEW MEXICO EX REL. "ONE MINUTE OF SILENCE" STATUTE ET AL. *v.* BURCIAGA, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO.   C. A. 10th Cir. Certiorari denied.

No. 83–106.   H. M. TRIMBLE & SONS, LTD. *v.* KINGSLEY & KEITH (CANADA) LTD. ET AL.   Sup. Ct. Pa.   Certiorari denied.

No. 83–189.   LEWALLEN ET AL. *v.* KENTUCKY.   Cir. Ct. Ky., Campbell County.   Certiorari denied.

No. 83–233.   COLORADO RIVER INDIAN TRIBES *v.* ARANSON ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 83–260.   PETTINEO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–263.   FOGLE *v.* SUPREME COURT OF SOUTH CAROLINA. Sup. Ct. S. C.   Certiorari denied.

No. 83–279.   PIUS XII ACADEMY, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 83–310.   RUZICKA *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir.   Certiorari denied.

No. 83–347.   LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION *v.* DYAS.   C. A. 8th Cir.   Certiorari denied.

No. 83–472.   ATCHISON *v.* CAREER SERVICE COUNCIL OF WYOMING.   Sup. Ct. Wyo.   Certiorari denied.

No. 83–477.   EARLE M. JORGENSEN CO. ET AL. *v.* CITY OF SEATTLE, WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 83–486.   THOMPSON *v.* MOORMAN ET AL.   C. A. 6th Cir. Certiorari denied.

No. 83–489.   KAZANZAS *v.* WALT DISNEY WORLD CO.   C. A. 11th Cir.   Certiorari denied.